**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON AT TACOMA**

**Re:**

**Ronald Noel**

**Debtor(s)**

_____

**In Chapter 13 Proceeding**

**No. 19-40881-BDL**

**ORDER AVOIDING JUDGMENT LIENS OF PORTFOLIO RECOVERY ASSOC AND CAPITAL ONE BANK USA**

It is ORDERED that the judgment liens of the following creditors be and hereby declared null and void, upon discharge of Debtor's chapter 13 bankruptcy, with respect to the property commonly known as **7113 256th St Ct E Graham, WA 98338**:

(A) Portfolio Recovery Associates vs Ronald Noel, Pierce County Superior Court, State of Washington, Case No. 18-2-13846-4, filed December 18, 2018, Judgment No. 19-9-01709-1, entered March 7, 2019, in the amount of $1,466.57.

(B) Portfolio Recovery Associates vs Ronald Noel, Pierce County Superior, State of Washington, Case No. 18-2-13845-6, filed on December 18, 2018, Judgment No. 19-9-01707-5 entered March 7, 2019, in the amount of $1,160.62.

(C) Portfolio Recovery Associates vs Ronald Noel, Pierce County Superior, State of Washington, Case No. 18-2-12127-8, filed on October 15, 2018, Judgment No. 18-

9-08629-0 entered October 30, 2018, in the amount of $1,017.90.

(D) Capital One Bank USA NA vs Ron W. Noel, Pierce Court Superior Court, State of Washington, Case No. 18-2-06922-5, filed on March 30, 2018, Judgment No. 18-9-03176-2 entered on April 20, 2018, in the amount of 1,621.54.

/// end of order ///

Presented by:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)